## SCOTT v. STIPE.

Monday,          APPEAL from the *Montgomery* Circuit Court.
June 1.          *Per Curiam.*—This was an action for the recovery of
real estate.   Demurrer to the complaint overruled.   The
record contains no bill of exceptions; nor does it appear
that any exception, in any form, was taken to the rulings
of the Court below.

The cause is, therefore, not examinable in this Court (1).
The judgment was affirmed with costs.

I. *Naylor* and J. *Wilson*, for the appellant.

(1)  See *post*, *Jolly et al.* v. *The Terre Haute Bridge Co.*, and cases cited.